IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY MUNN,                                  )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        CASE NO. CV418-220
                                           )
SUMNER & SUMNER PROPERTIES, LLC,           )
a limited liability company,               )
                                           )
        Defendant.                         )
_____)

## O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal.
(Doc. 9.) Pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a
stipulation of dismissal signed by all parties who have
appeared." As requested by the parties, this action is **DISMISSED
WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this
case.

SO ORDERED this _30th_ day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN 30 PM 12: 29
CLERK
SO. DIST. OF GA.